# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES CALDERON JR., | No. EDCV 09-331-VBF (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DARREL G. ADAMS, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 18, 2010

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE